IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOR MOTOR COACH, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO ELECTRONICALLY FILE DOCUMENTS**<br><br>Re: Dkt. No. 25 |

Plaintiff having requested leave to file documents in the above-titled action electronically, and good cause appearing therefor, plaintiff's motion is hereby GRANTED, on condition plaintiff register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating he has received a password. If such notice is filed, defendants shall thereafter be relieved of their duty to serve plaintiff with paper copies of each electronically-filed document.

**IT IS SO ORDERED.**

Dated: May 19, 2017

MAXINE M. CHESNEY
United States District Judge