IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| HENRY MATOZA, Plaintiff, v. THOR MOTOR COACH, INC., et al., Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANTS FORD MOTOR COMPANY AND THOR MOTOR COACH, INC.'S MOTIONS TO DISMISS; VACATING HEARINGS**<br><br>Re: Dkt. Nos. 18, 19, 28 |
|---|---|

Plaintiff Henry Matoza having voluntarily dismissed defendants Ford Motor Company and Thor Motor Coach, Inc., said defendants' pending motions to dismiss are hereby DENIED as moot and the hearings thereon, set for June 23, 2017, and July 14, 2017, respectively, are hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 23, 2017

MAXINE M. CHESNEY
United States District Judge