```
1   LAW OFFICES OF WILLIAM L. BAKER
    William L. Baker (State Bar #114454)
2   1050 Fulton Avenue, Suite 218
    Sacramento, CA 95825
3   Telephone: (916) 978-0772
    Facsimile: (916) 481-5080
4
    Attorney for Defendant
5   THOR INDUSTRIES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC.; THOR INDUSTRIES, INC.; FORD MOTOR COMPANY; AUTOMOBILE PROTECTION CORPORATION; and DOES 1 through 9,<br><br>    Defendants. | Case No: 17-cv-01971-MMC<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br><br>**[Local Rule 6-2]** |

Plaintiff HENRY MATOZA, Jr. and Defendants THOR INDUSTRIES, INC. and AUTOMOBILE PROTECTION CORPORATION, through their counsel of record stipulate as follows:

1. The Case Management Conference is presently scheduled for August 11, 2017 at 10:30 a.m.

2. Counsel for THOR INDUSTRIES scheduled a pre-paid vacation several months ago and will be on vacation on August 11, 2017.

3. There have been no previous continuances of the Case Management Conference in this case and the short continuance of the Case Management Conference should not have a significant impact on the schedule of this case.

4. The Parties have agreed to reschedule the Case Management Conference to August 18, 2017 or August 25, 2017 if permitted by the Court.

Respectfully submitted.

Dated: May 25, 2017

HENRY MATOZA, JR.

By: /s/ Henry Matoza, Jr.
HENRY MATOZA, JR.
Plaintiff

Dated: May 25, 2017

LAW OFFICES OF WILLIAM L. BAKER

By: /s/ William L. Baker
WILLIAM L. BAKER, SBN 114454
Counsel for Defendant THOR
INDUSTRIES, INC.

Dated: May 25, 2017

HAWKINS, PARNELL THACKSTON &
YOUNG LLP

By: /s/ Phil J. Montoya, Jr.
PHIL J. MONTOYA, JR., SBN 124085
Counsel for Defendant AUTOMOBILE
PROTECTION CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference presently scheduled for August 11, 2017 at 10:30 a.m. in Courtroom No. 7, 19th Floor Federal Building is rescheduled to August 25, 2017 at 10:30 a.m. in Courtroom No. 7.

IT IS FURTHER ORDERED that a Joint Case Management Statement shall be filed no later than August 18, 2017.

Dated: May 25, 2017

By: /s/ Maxine M. Chesney
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER