IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>v.<br><br><br>THOR INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER ADVANCING HEARING ON DEFENDANT WARRANTY SUPPORT SERVICES, LLC'S MOTION TO COMPEL ARBITRATION; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 51 |

Before the Court are four motions: (1) defendant Automobile Protection Corporation's motion to compel arbitration, filed July 17, 2017, and noticed for hearing on August 25, 2017;(2) defendant Warranty Support Services, LLC's ("WSSL") motion to compel arbitration, filed July 28, 2017, and noticed for hearing on September 8, 2017; (3) defendant Ontario Teachers' Pension Plan's motion to dismiss, filed August 7, 2017, and noticed for hearing on September 15, 2017; and (4) defendant APCO Holdings, LLC's motion, filed August 7, 2017, and noticed for hearing on September 15, 2017.

Given the similarity of the issues raised in the two motions to compel arbitration, the Court finds it preferable to hold a hearing on both motions on the same date.

Accordingly, the Court hereby ADVANCES the hearing on WSSL's motion from September 8, 2017, to August 25, 2017.

In light of the pending motions to dismiss, the Case Management Conference is hereby CONTINUED from August 25, 2017, to November 17, 2017, at 10:30 a.m. A Joint

Case Management Statement shall be filed no later than November 9, 2017.

**IT IS SO ORDERED.**

Dated: August 15, 2017

MAXINE M. CHESNEY
United States District Judge