IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>THOR INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S EX PARTE APPLICATIONS**<br><br>Re: Dkt. Nos. 66, 67 |

    Before the Court are two ex parte applications, both filed August 10, 2017, by plaintiff Henry Matoza ("Matoza"): (1) an application to compel defendants Automobile Protection Corporation ("APCO"), APCO Holdings, Inc., Ontario Teachers' Pension Plan Inc. ("OTTP"), and Warranty Support Services, LLC ("WSSL") to file Certifications of Interested Entities or Persons, see Civil L.R. 3-15(a), and (2) an application to strike APCO Holdings, Inc. and OTTP's motions to dismiss in light of their failure to file the above-referenced certifications.

    That same date, however, defendants APCO, APCO Holdings, LLC,[1] OTTP, and WSSL each filed a Certification of Interested Parties or Persons. (See Dkt. Nos. 62-65.)

---

[1] In the caption of his First Amended Complaint ("FAC"), plaintiff names as two separate defendants APCO Holdings, Inc. and APCO Holdings, LLC. (See FAC at 1.) In the body of the FAC, however, he alleges APCO Holdings, LLC "is also known as APCO Holdings, Inc." (See id. ¶ 10d.)

Accordingly, Matoza's applications are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 16, 2017

MAXINE M. CHESNEY
United States District Judge