IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOR INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER DIRECTING DEFENDANTS APCO HOLDINGS, INC. AND ONTARIO TEACHERS' PENSION PLAN TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On August 28, 2017, defendants APCO Holdings, LLC and Ontario Teachers' Pension Plan each electronically filed a "Reply Brief in Support of Motion to Dismiss Plaintiff's First Amended Complaint." Defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy

has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 1, 2017

MAXINE M. CHESNEY
United States District Judge