IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>THOR INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER RE: DEFENDANTS' MOTIONS TO COMPEL ARBITRATION; DIRECTIONS TO DEFENDANTS** |

Before the Court are defendants Automobile Protection Corporation's and Warranty Support Services, LLC's motions to compel arbitration.

At the hearing conducted August 25, 2017, the parties were afforded the opportunity to file supplemental declarations and briefing, and the matter was continued to September 29, 2017, for further hearing.

To assist the Court in its consideration of the parties' respective written submissions, defendants are hereby DIRECTED to bring to the hearing a complete, blank "multi-sheet assembled package" Recreational Vehicle Service Contract . (See Blank Supp. Decl. filed Sept. 9, 2017.)

**IT IS SO ORDERED.**

Dated: September 14, 2017

                                           MAXINE M. CHESNEY<br>                                           United States District Judge