IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>    Plaintiff,<br><br>  v.<br><br>THOR INDUSTRIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO COMPEL ARBITRATION; STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Dkt. Nos. 47, 51 |

Before the Court are defendants Automobile Protection Corporation's ("APCO") and Warranty Support Services, LLC's ("WSSL") motions to compel arbitration, filed, respectively, July 17, 2017 and July 28, 2017. Plaintiff Henry Matoza, Jr. ("Matoza") has filed opposition, to which defendants have replied. The matter came on regularly for hearing on September 29, 2017. Matoza appeared pro se. Mirna Scheffy appeared on behalf of defendants.

The Court having considered the parties' respective written submissions and the arguments of counsel at the hearing, the motions to compel arbitration are, for the reasons stated on the record at the hearing, hereby GRANTED and, as to defendants APCO and WSSL, the above-titled action is hereby STAYED pending conclusion of the arbitration.

Additionally, for the reasons stated on the record at the hearing, plaintiff's Second Amended Complaint is hereby STRICKEN, without prejudice to plaintiff's moving, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, for further leave to amend.

**IT IS SO ORDERED.**

Dated: September 29, 2017

MAXINE M. CHESNEY
United States District Judge