IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MATOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMOBILE PROTECTION CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-01971-MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE** |

By order filed October 2, 2017, the Court stayed plaintiff's claims against defendants Automobile Protection Corporation and Warranty Support Services, LLC, pending the conclusion of arbitration proceedings. As plaintiff's claims against all other defendants have been dismissed, it is hereby ORDERED that the above-titled action is CLOSED for statistical purposes only. Said closure shall not be considered a dismissal or disposition of plaintiff's claims against Automobile Protection Corporation or Warranty Support Services, LLC. Should further proceedings become necessary herein, any party may initiate them in the same manner as if this order of closure had not been entered.

**IT IS SO ORDERED.**

Dated: August 30, 2019

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge